No. 69547.—Magnesium Elektron, Inc. *v.* United States, protests 65/1019, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of magnesium alloys similar in all material respects to those the subject of *Magnesium Elektron, Inc.* v. *United States* (50 Cust. Ct. 71, C.D. 2391), and that the metallic magnesium content is 66 percent on the items of entry 791863, where no percentage is now indicated on the invoices, the claim of the plaintiff was sustained.

No. 69548.—Magnesium Elektron, Inc. *v.* United States, protests 65/5639, 65/5640, and 65/5641 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of magnesium alloys similar in all material respects to those the subject of *Magnesium Elektron, Inc.* v. *United States* (50 Cust. Ct. 71, C.D. 2391), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 21, 1965

No. 69549.—James Loudon & Co., Inc., and C. Girardengo & Figlis N.C. et al. *v.* United States, protests 62/19213, etc. (Los Angeles).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 69550.—Hoyt, Shepston & Sciaroni and Dane's Distributing Co. et al. *v.* United States, protests 61/16628, etc. (San Francisco).